IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Elizabeth Anne Soland, ) | C/A No. 0:13-3106-TLW-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This social security action is before this court pursuant to 42 U.S.C § 405(g) for review of a final decision of the Commissioner of the Social Security Administration. The plaintiff, Elizabeth Anne Soland, ("Plaintiff") initiated this action and filed her Complaint on November 15, 2013. (ECF No. 1.)

The Federal Rules of Civil Procedure state that a plaintiff must serve a defendant within 120 days after the complaint is filed and, unless service is waived, must provide proof of service to the court. Fed. R. Civ. P. 4(*l*)(1) and 4(m). As of the date of this order, more than 120 days has passed since the Plaintiff initiated this action by filing her Complaint and the Plaintiff has not filed proof of service with the court nor provided completed USM-285 forms so that service can be effected by the U.S. Marshal's Service pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure as required by this court's Order entered November 20, 2013. (ECF No. 8.) It is therefore

**ORDERED** that the Plaintiff shall have until **March 28, 2014** to provide the court with proof of service of the Complaint upon the defendant in accordance with Federal Rule of Civil Procedure 4(*l*)(1), or to show good cause for failure to serve pursuant to Rule 4(m). **Failure to do**

Page 1 of  2

*PJG*

**so will result in a recommendation that this case be dismissed for failure to serve.** Fed. R. Civ. P. 4(m).

  **IT IS SO ORDERED.**

                  _____
                  Paige J. Gossett
                  UNITED STATES MAGISTRATE JUDGE

March 21, 2014
Columbia, South Carolina